■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PEREZ, Appellant. [56 NYS3d 469]—Appeal by the defendant from an order of the Supreme Court, Kings County (Mangano, Jr., J.), dated February 10, 2016, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly denied his application for a downward departure from his presumptive risk level designation. The mitigating factors identified by the defendant either were adequately taken into account by the Sex Offender Registration Act Guidelines or did not warrant a downward departure from the presumptive risk level (*see People v Kaff*, 149 AD3d 783 [2017]; *People v Rose*, 146 AD3d 911, 912 [2017]; *People v Ibarra*, 137 AD3d 1097,

1098 [2016]). Leventhal, J.P., Barros, Connolly and Brathwaite Nelson, JJ., concur.